IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                     CR. NO. S-07-0282 GGH

    vs.                                ORDER

MARIA E. STONER,

        Defendants.

_____/

        The parties shall file proposed voir dire no later than August 11, 2008. The undersigned's practice is to allow follow-up voir dire by counsel lasting from 15-30 minutes per side.

        Proposed jury instructions shall also be filed on that date as well. The undersigned requests that the parties submit only proposed substantive jury instructions, or tailored procedural instructions, as the court possesses a well worn copy of the routine "do's and don'ts" in respect to instructing the jury.

        Also to be filed by August 11 are any additional trial briefs that the parties may desire to file. This briefing shall include any motions-in-limine; a response to a motion-in-limine shall be filed not later than August 14, 2008.

\\\\\

1 | Counsel shall pre-mark their exhibits, and shall upon introduction supply the
2 | undersigned and opposition counsel a copy of the proposed exhibit.
3 | DATED: 07/29/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
stoner.brf