```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2725
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>              Plaintiff,    )<br>                             )<br>         v.                  )<br>                             )<br>MARIA STONER,                )<br>                             )<br>                             )<br>              Defendant.    )<br>_____) | CR. No. S-07-282 GGH<br><br><br><br><u>STIPULATION AND ORDER</u><br><u>CONTINUING TRIAL DATE AND SETTING</u><br><u>NEW TRIAL SCHEDULE</u> |

    It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Daniel S. McConkie, and Defendant Maria Stoner through her attorney Robert M. Holley as follows:

    It is agreed that the current trial date of November 3, 2008 be vacated and a new trial date of February 9, 2009, at 9:00 a.m. and new trial confirmation date of January 9, 2009, at 2:00 p.m. be set.

    The continuance of the jury trial is necessary for several reasons. First, a February trial date is necessary for the continuity of both trial counsel. Counsel for the government is on

1

1 part-time family medical leave (due to the birth of a child) and
2 will be for several weeks, making adequate preparation for the trial
3 impractical. Counsel for the defense faces health challenges and is
4 undergoing medical procedures which prevent him from adequately
5 preparing for and participating in a November jury trial.  Second,
6 the continuance will allow both trial counsel to provide each other
7 with Rule 16 discovery of expert testimony related to the
8 defendant's intoxication, which is anticipated to be a central
9 issue.
10      Accordingly, the parties jointly request a new trial date of
11 February 9, 2009 (with in limine motions to be heard at that time)
12 and new trial confirmation date of January 9, 2009, and that the
13 time period from November 3, 2008, to and including February 9,
14 2009, be excluded under the Speedy Trial Act pursuant to 18 U.S.C.
15 §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and
16 continuity of counsel and based on a finding by the Court that the
17 ends of justice served by granting a continuance outweigh the best
18 interest of the public and defendant in a speedy trial.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

The parties also jointly agree that the following shall be filed no later than February 2, 2009: proposed voir dire, proposed substantive and tailored procedural jury instructions, trial briefs, and motions in limine. Any responses shall be filed no later than February 5, 2009.

                                            McGREGOR W. SCOTT
                                            United States Attorney

Dated: October 30, 2008      /s/ Daniel S. McConkie
                                            DANIEL S. McCONKIE
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

                                            Respectfully submitted,

Dated: October 30, 2008      /s/ Robert M. Holley
                                            ROBERT M. HOLLEY, ESQ.
                                            Attorney for Defendant
                                            Maria Stoner

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED, <u>except motions-in limine and all other required filings shall be filed no later than January 26, 2009, and responses no later than February 2, 2009</u>.

Dated: October 31, 2008

                                            /s/ Gregory G. Hollows
                                            GREGORY G. HOLLOWS
                                            United States Magistrate Judge

stoner.eot3