IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

MARIA E. STONER,

        Defendant.
                                        /

CR. NO. S-07-0282 GGH

ORDER

Count 7 of the Information in the above referenced case, alleging an assault against Officer Nyasha Champ, having been dismissed in open court on February 20, 2009, defendant's motion to dismiss for outrageous government conduct is denied.[1]

DATED: 02/20/09

                                         /s/ Gregory G. Hollows

                                         UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
stoner.count7

---

[1] Defendant's motion to dismiss for outrageous government conduct had been deferred until trial by order of the court. However, the motion was clearly focused on the events transpiring around defendant's search at the scene of the automobile stop and defendant's alleged assaultive behavior there. The count alleging assault during the search having been dismissed, there can be no legitimate grounds based on the asserted improper search to excuse defendant's alleged assaultive conduct some thirty minutes later in an entirely different place.

1