Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone:  (916) 443-2213

Counsel for Maria Stoner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-07-0282 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER VACATING |
| ) | HEARING DATE AND SETTING BRIEFING |
| v. ) | AND HEARING SCHEDULE |
| ) | |
| MARIA E. STONER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**BACKGROUND AND DECLARATION OF COUNSEL**

Ms. Stoner was convicted before the Honorable Gregory G. Hollows on various serious misdemeanor counts of assault on a peace officer and open container in a motor vehicle.  Her sentencing date was July 13, 2009 with the judgement and commitment order filed July 24, 2009.  She timely filed her Notice of Appeal.  Request was recently made for CJA appointment of counsel.  A control hearing date was scheduled originally for August 31, 2009.  This is the first request for continuance and setting of briefing schedule.  Ms. Stoner remains out of custody. She was placed on probation with various conditions including 30 days electronic home monitoring and a fine and her

1 sentence is stayed during the pendency of her appeal.  Counsel has
2 contacted the court reporter and she needs approximately six weeks to
3 prepare the transcript as she is presently working on a lengthy State
4 appellate transcript.   A transcript will be requested for this short
5 two day trial on confirmation of appointment of counsel and indigent
6 status.  Accordingly it is hereby stipulated and requested that the
7 following briefing and hearing schedule be ordered.

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto that the briefing and hearing schedule be set as follows:

| | |
|---|---|
| Transcript due: | October 6, 2009 |
| Appellant's Opening Brief: | November 3, 2009 |
| Respondent's Brief: | December 8, 2009 |
| Appellant's Closing Brief: | December 29, 2009 |
| Hearing date and time: | January 11, 2010 at 10:00 a.m. |

Dated:  August 25, 2009

/s/ *Robert M. Holley*
_____
Robert M. Holley
Counsel for the Appellant


/s/ *Daniel McConkie (by rmh)*
_____
Mr. Daniel McConkie
Assistant U.S. Attorney
Counsel for the Respondent

**ORDER**

**It is So Ordered.**

**Dated: August 27, 2009**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE