1  Robert M. Holley
   Attorney at Law
2  State Bar No. 50769
   331 J Street, Suite 200
3  Sacramento, California 95814
   Telephone:  (916) 443-2213
4
   Counsel for Maria Stoner

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. 2:07-CR-0282 FCD |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) VACATING HEARING DATE AND SETTING |
| v. | ) NEW BRIEFING AND HEARING SCHEDULE |
| | ) |
| MARIA E. STONER, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**BACKGROUND AND STATEMENT OF COUNSEL**

Because of the preparation and trial of a state murder case and pending cancer testing and treatment, counsel inadvertently failed to order a transcript of this two day misdemeanor trial on a appeal from the United States Magistrate's Court.  All counsel are in agreement with the following stipulated schedule.  Counsel apologizes for any inconvenience this oversight may have caused.  Counsel has contacted the court reporter and will be requesting a transcript by October 30, 2009 upon receipt of an estimate and the filing of a CJA request for payment of same.

////

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto that the briefing and hearing schedule be set as follows:

Hearing date of January 11, 2010 be vacated.

| | |
|---|---|
| Transcript due: | December 7, 2009 |
| Appellant's Opening Brief: | January 4, 2010 |
| Respondent's Brief: | February 1, 2010 |
| Appellant's Closing Brief: | February 15, 2010 |
| Hearing date and time: | March 1, 2010 at 10:00 a.m. |

Dated:   August 25, 2009

/s/ *Robert M. Holley*
_____
Robert M. Holley
Counsel for the Appellant

/s/ *Daniel McConkie (by rmh)*
_____
Mr. Daniel McConkie
Assistant U.S. Attorney
Counsel for the Respondent

**IT IS SO ORDERED.**

Dated: October 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2