Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone:  (916) 443-2213

Counsel for Maria Stoner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. 2:07-CR-0282 FCD |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) VACATING HEARING DATE AND SETTING |
| v. | ) NEW BRIEFING AND HEARING SCHEDULE |
| | ) |
| MARIA E. STONER, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**BACKGROUND AND STATEMENT OF COUNSEL**

According to Diamond Reporters, the court reporter who transcribed for this trial has been out of the state and, unbeknownst to the agency, she did not receive the order of transcription.  They have promised to have the transcript done by January 11, 2010 and accordingly a new briefing schedule is necessary.  All parties are in agreement with the following schedule.

////

////

////

////

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto that the briefing and hearing schedule be set as follows:

Hearing date of March 1, 2010 be vacated.

| | |
|---|---|
| Transcript due: | January 11, 2010 |
| Appellant's Opening Brief: | February 8, 2010 |
| Respondent's Brief: | March 8, 2010 |
| Appellant's Closing Brief: | March 22, 2010 |
| Hearing date and time: | April 5, 2010 at 10:00 a.m. |

Dated:   December 30, 2009

/s/ *Robert M. Holley*
_____
Robert M. Holley
Counsel for the Appellant

/s/ *Daniel McConkie (by rmh)*
_____
Mr. Daniel McConkie
Assistant U.S. Attorney
Counsel for the Respondent

**ORDER**

**IT IS SO ORDERED.**

Dated: January 4, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2