```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL McCONKIE
    Assistant U.S. Attorney
 3  NATHANIEL CLARK
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2807
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  No. 2:07-cr-282 FCD
                                 )
12            Plaintiff,         )  Stipulation and Order to Continue
                                 )  Briefing Schedule and Hearing
13       v.                      )
                                 )
14  MARIA E. STONER,             )
                                 )
15            Defendant.         )  Date:  April 12, 2010
                                 )  Time:  10:00 a.m.
16  _____ )  Judge: Hon. Frank C. Damrell, Jr.
```

17       It is hereby stipulated and agreed between the United States
18  and the defendant, by and through his undersigned counsel, to
19  continue the briefing schedule and motion hearing as follows:
20       Government's Response due---------April 1, 2010
21       Defendant's Reply, if any, due----April 15, 2010
22       Motion Hearing-------------------April 26, 2010
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

| | |
|---|---|
| 1 | The Government requested the continuance because Nathaniel Clark is newly assigned to this case and needs additional time to review the transcripts and draft a response.  Counsel for defendant has agreed to the continuance. |

The Government requested the continuance because Nathaniel Clark is newly assigned to this case and needs additional time to review the transcripts and draft a response.  Counsel for defendant has agreed to the continuance.

Nathaniel Clark is a Certified Law Clerk and will be petitioning the Court for permission to make oral arguments in this case.  Nathaniel Clark will be under the supervision of Assistant U.S. Attorney Daniel McConkie, who will review the Government's Response.

DATED: March 4, 2010                     BENJAMIN B. WAGNER
                                         United States Attorney


                                   By:   /s/ Daniel McConkie
                                         DANIEL McCONKIE
                                         Assistant U.S. Attorney


DATED: March 4, 2010                     /s/ Robert M. Holley
                                         Robert M. Holley
                                         Attorney at Law
                                         Counsel for Defendant


                              O R D E R

IT IS SO ORDERED.

DATED: March 5, 2010

                                         _____
                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE